# Court of Appeals
# of the State of Georgia

ATLANTA,  December 29, 2023

*The Court of Appeals hereby passes the following order:*

## A24D0176. KIMBERLY JOHNSON v. HARVEY JEROME BELLAMY.

Kimberly Johnson and Harvey Bellamy are the biological parents of two minor children. In 2019 the trial court entered a parenting plan; in October 2023, Bellamy filed a motion for an emergency hearing, seeking physical custody of both children. On November 9, 2023, the trial court modified its 2019 plan and entered a new parenting plan, awarding both parents legal custody of the children, but awarding Bellamy primary physical custody. From this order, Johnson, proceeding pro se, filed this timely application for a discretionary appeal.

Ordinarily, appeals of orders in domestic relations cases must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (2). However, under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. Here, Bellamy filed a motion to modify the parties' custody arrangements and now Johnson challenges the trial court's order revising the parties' parenting plan and custody determination, so this case is subject to direct appeal. See *Voyles v. Voyles*, 301 Ga. 44, 46-47 (799 SE2d 160) (2017) (explaining that appellate courts examine the issue raised on appeal to determine whether a party is entitled to a direct appeal).

This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Johnson's application is GRANTED. Johnson shall have ten days from the date of this order to file a notice of appeal with the trial court, if she has not already done so.

See OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/29/2023*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*_____ , Clerk.*